**Dismiss and Opinion Filed February 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01157-CV**

**MEGAN H. WILSON, Appellant**
**V.**
**LVNV FUNDING LLC, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-01822-2019**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

The clerk's record in this appeal has not been filed because appellant has failed to pay the clerk's fee. On January 25, 2022, we directed appellant to file, no later than February 4, 2022, written verification she had made arrangements to pay the fee. *See* Tex. R. App. P. 35.3(a). Although we cautioned her that failure to comply could result in dismissal of the appeal without further notice, she has not complied. *See id.* 37.3(b). Accordingly, we dismiss the appeal. *See id.*

211157f.p05

/Lana Myers//
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Megan H. Wilson, Appellant

No. 05-21-01157-CV      V.

LVNV Funding LLC, Appellee

On Appeal from the County Court at Law No. 7, Collin County, Texas Trial Court Cause No. 007-01822-2019.

Opinion delivered by Justice Myers. Justices Osborne and Nowell participating.

Based on the court's opinion of this date, we **DISMISS** the appeal.

It is **ORDERED** that appellee LVNV Funding LLC recover its costs, if any, of this appeal from appellant Megan H. Wilson.

Judgment entered this 24th day of February, 2022.